# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

_Crystal Jewel Riggins_

_____

v.

(Full name of defendant(s))

_Milwaukee Rehab. Hospital_

_Tren Lockett_

_Ebony Swift_

Case Number:

_25-C-0151_

(to be supplied by Clerk of Court)

## A.  PARTIES

1.  Plaintiff is a citizen of _Milwaukee, Wisconsin_ and resides at
    (State)

    _3168 S. 97th St. Milwaukee, WI 53227_
    (Address)

    (If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant _Milwaukee Rehabilitation Hospital_
    (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ~~Milwaukee Rehabilitation Hosp~~ Milwaukee Wisconsin

(State, if known)

and (if a person) resides at 3200 S. ~~103rd~~ 103rd St. Milwaukee, WI 53227

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee, Rehabilitation Hosp. 3200 S. 103rd St. Milwaukee WI. 53227

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Treac Lockett - Human Resourees - Was Constantly called to the office and accused of things I didn't do and never any proof from frist day of employment Accused of not being friendly, lied to unemployment about workplace violence, Unemployment informed me it was a lie again no proof

Ebony Swift - On my last day of employment call to the office because, The nurse Katie the Nursing Supervisor And the Nurse Anna Accused me of having an Agument ~~having~~ And pretended she was afraid this happened Friday the 13th 2024

Complaint – 2

I requested A statement be put in my file, Because I have been bullied and harrassed thorghout my Months of employment At this company Also requested the Nurses that made the complaint be investigated Wed. Sept. 18 2024 I requested the Coorporate phone Number because I, didn't know wheather to return to work Eboncy Swift stated she didn't Know the Number shortly there after I was fired by Tren Lockett ~~ No investigation and No questions Asked The eye witness was sitting there Never questioned her, Made to feel uncomfortable, Hostile work enviroment, tried to damage my character by lying to Unemployment, and would have prevented me from finding employment

C.  JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If I win this lawsuit, I would like to be awarded $50,000 dollars for pain and suffering, Being harrassed when employed there, Hopefully this Company will treat employees with respect and not judge because of age and properly do investigations, Not just fire workers you don't like

Case 2:25-cv-00151-BHL     Filed 01/30/25     Page 4 of 5     Document 1

E.   JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___*01*___ day of ___*30th*___ ` 20 *25*.

Respectfully Submitted,

*Crystal Jewel Riggins*
Signature of Plaintiff

*414-595-6328*
Plaintiff's Telephone Number

*Jewelcr@hotmail.com*
Plaintiff's Email Address

*3168 S. 97th St.*

*Milwaukee, Wisconsin 53227*
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee.
I have completed a Request to Proceed in District Court without Prepaying the
Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.

Complaint – 5